# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD A. WILSON, | : |
| Petitioner | : |
| | CIVIL ACTION NO. 3:15-1789 |
| v. | : |
| | (Judge Mannion) |
| Warden, SCI-CAMP HILL, | : |
| | : |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. Financial determinations shall be left to the transferee court.

3. The Clerk of Court shall **CLOSE** this case.

                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Date: September 28, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1789-01-ORDER.wpd